**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PATRICK BANGEMU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-815-D |
| | ) | |
| CHRIS GANTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

Petitioner filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B)-(C). [Doc. No. 4]. Respondents filed a Response in Opposition to the Petition for Writ of Habeas Corpus. [Doc. No. 13]. On July 30, 2026, Judge Maxfield issued a Report and Recommendation recommending the Court deny the Petition and dismiss the action without prejudice. [Doc. No. 14]. In the Report, Judge Maxfield notified the parties of their right to file objections to the Report on or before August 6, 2026, and that failure to object waives the parties' right to appellate review of both factual and legal issues contained in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objections to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 14] in its entirety. This action is **DISMISSED without prejudice**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 11th day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE